IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY ALLISON McCALL,<br><br>Defendant. | Cause No. CR 10-91-GF-BMM<br><br>ORDER DENYING MOTION TO REDUCE SENTENCE |

On September 8, 2014, the Court received from Defendant McCall a motion to reduce her sentence based on post-sentencing rehabilitation.

McCall contends that *Pepper v. United States*, __ U.S. __, 131 S. Ct. 1229 (2011), supports a reduction of her sentence based on post-sentencing rehabilitation. It does not. The *Pepper* Court held that *"when a defendant's sentence has been set aside* on appeal, a district court at resentencing may consider evidence of the defendant's postsentencing rehabilitation." 131 S. Ct. at 1236 (emphasis added). McCall's sentence has not been set aside. There is no authority for reopening the final judgment. 18 U.S.C. § 3582(b), (c)(1)(B). *Pepper* provides none.

The Court appreciates McCall's efforts, but sentencing is not an ongoing process. McCall's sentence can be altered only under specific conditions, *see* 18 U.S.C. § 3582(c), and none are met here.

1

Accordingly, IT IS HEREBY ORDERED that McCall's motion to reduce her sentence (Doc. 46) is DENIED.

DATED this 10th day of September, 2014.

    /s/ Brian M. Morris
Brian M. Morris
United States District Court